LUTHER KOUNTZE, PLAINTIFF IN ERROR, v. THE PRO-PRIETORS OF THE MORRIS AQUEDUCT ET AL., DE-FENDANTS IN ERROR.

On error.

For the plaintiff in error, *Alfred Mills.*

For the defendants in error, *Henry C. Pitney, Jr.*

PER CURIAM.

The legal questions involved in this case were, we think, rightly dealt with in the opinion of the Supreme Court.  The matters of fact decided in that court are not subject to review in the Court of Errors.

The judgment below must be affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF · JUSTICE, DEPUE, DIXON, GUMMERE, LUDLOW, BARKALOW, BOGERT, NIXON. 9.

*For reversal*—None.